**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:      In re Noble Drilling (Jim Thompson), LLC

Appellate case number:   01-14-00256-CV

Trial court case number:  2011-43366

Trial court:                    215th District Court of Harris County

On May 30, 2014, the parties filed a joint motion to abate the appeal pending mediation. The motion is **GRANTED**. This appeal is abated pending the outcome of mediation. The parties are **ORDERED** to file a status update on the mediation within 2 business days of its conclusion.

It is so ORDERED.


Judge's signature: _/s/ Harvey Brown_
                                  ☑ Acting individually      ☐ Acting for the Court


Date: _May 30, 2014_